**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ENRIQUE HERNANDEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:21-CV-410 |
| | ) |
| **LIFE SCIENCE LOGISTICS, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Enrique Hernandez ("Hernandez"), by counsel, bring this action against Defendant, Life Science Logistics, LLC ("Defendant"), and shows as follows:

**OVERVIEW**

Hernandez bring this action under Title VII of the Civil Rights Act of 1964 (hereinafter "Title VII"), 42 U.S.C. §2000e, et. seq., as amended, and The Civil Rights Act of 1866 ("Section 1981"). Hernandez contends that he was retaliated against for engaging in protected activity in violation of Title VII.

**PARTIES**

1. Hernandez resided in the Southern District of Indiana. He was employed by Defendant and was, at all times relevant to this matter, an employee as defined by 42 U.S.C. §2000e(f).

2. At all relevant times Defendant was continuously doing business in the state of Indiana in Hendricks County and is an employer as defined by 42 U.S.C. §2000e(b).

## JURISDICTION AND VENUE

3. This Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1331 and 42 U.S.C. §2000e-5(f)(3).

4. Plaintiff satisfied his obligation to exhaust his administrative remedies by timely filing a charge with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC"), receiving the appropriate *Dismissal and Notice of Suit Rights*, and timely filing this Complaint within ninety (90) days thereof.

5. As all events pertinent to this lawsuit occurred within the Southern District of Indiana, venue in this Court is proper.

## FACTS

6. Plaintiff was hired to work part-time as a Warehouse Associate in April 2020.

7. Hernandez was challenged at work because of his religious beliefs. It led to him filing a charge with the U.S. Equal Employment Opportunity Commission on or about August 23, 2020.

8. Thereafter, despite receiving no written or verbal discipline, Defendant fired Hernandez on October 27, 2020 for alleged violations of company policy.

9. Hernandez has been harmed by Defendant's unlawful conduct.

## LEGAL CLAIMS

### COUNT I:  RETALIATION

10. Hernandez hereby incorporates by reference paragraphs one (1) through nine (9) of this Complaint.

11. Hernandez was treated differently in the terms and conditions of his employment after he engaged in lawfully protected conduct.

12. Upon information and belief Defendant acted with intent, malice, and/or reckless disregard as to rights afforded to Hernandez under Title VII and Section 1981.

13. Hernandez suffered harm as a result of Defendant's unlawful conduct.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Enrique Hernandez, respectfully requests the following:

a) An Order finding Defendant liable for back wages in an amount to make Plaintiff whole;

b) An Order finding Defendant liable for compensatory damages in an amount to make Plaintiff whole;

c) An Order awarding Plaintiff punitive damages as a penalty for Defendant's intentional, unlawful conduct;

d) An Order awarding Plaintiff the costs of this action;

e) An Order awarding Plaintiff hIS attorneys' fees;

f) An Order awarding Plaintiff pre- and post-judgment interest at the highest rates allowed by law; and

g) An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Suite 500
Indianapolis, Indiana 46240
Telephone:    (317) 500-0700
Facsimile:    (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues deemed triable.

    Respectfully submitted,

    s/ Christopher S. Wolcott
    Christopher S. Wolcott (#23259-32)
    The Wolcott Law Firm LLC
    450 East 96th Street, Suite 500
    Indianapolis, Indiana 46240
    Telephone:  (317) 500-0700
    Facsimile:  (317) 732-1196
    E-Mail:  indy2buck@hotmail.com

    Attorney for Plaintiff