IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
*(Electronically Filed)*

| | |
|---|---|
| ENRIQUE HERNANDEZ, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> LIFE SCIENCE LOGISTICS, LLC ) </br> ) </br> Defendant. ) </br> ) | Cause No. 1:21-cv-00410-TWP-MG |

### ORDER OF DISMISSAL

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. **IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED** that this matter be dismissed with prejudice. Each party shall bear his/its own costs and attorneys' fees.

Date: 8/13/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

To all counsel of record via the Court's CM/ECF system

FP 41341373.1